**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

|  |  |  |
|---|---|---|
| AMANDA HOWLAND, | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **Case No.** |
| | ) | |
| ELLEVET SCIENCES, INC. and | ) | |
| CHRISTIAN KJAER, | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF REMOVAL**

Defendants, ElleVet Sciences, Inc. and Christian Kjaer hereby remove the above captioned action, Docket. No. PORSC-CV-2024-00446, currently pending in Maine Superior Court, Cumberland County, to the United States District Court for the District of Maine. Removal is based on federal question jurisdiction pursuant to 28 U.S.C. § 1331 and is authorized by 28 U.S.C. §§ 1441 and 1446. As grounds for removal, the Defendant states as follows:

1.      Plaintiff filed her Complaint in the Cumberland County Superior Court on or about November 27, 2024.  Defendant Kjaer was served on December 4, 2024 and Defendant ElleVet accepted service on December 17, 2024.

2.      The Complaint asserts claims against the Defendant for the violation of the Title VII of Federal Civil Rights Act, 42 U.S.C. § 2000e, the Maine Human Right Act and the Maine Whistleblowers Protection Act.

3.      This Court has original jurisdiction over this action under the provisions of 28 U.S.C. § 1331.

4.      This action may therefore be removed pursuant to 28 U.S.C. § 1441.

5.      In accordance with 28 U.S.C. § 1446(d), Defendants are filing a copy of this Notice of Removal with the Maine Superior Court, Cumberland County and is sending a copy to Plaintiff's counsel.

6.      The duplicate record reflects every action taken in the matter by the state court prior to removal and is attached to the accompanying affidavit of Melissa A. Hewey.

Dated:  December 18, 2024                                /s/ Melissa A. Hewey
                                                        Melissa A. Hewey

                                                        /s/ Susan Weidner
                                                        Susan Weidner

                                                        Attorneys for Defendants
                                                        Drummond Woodsum
                                                        84 Marginal Way, Suite 600
                                                        Portland, ME  04101-2480
                                                        Telephone (207) 772-1941
                                                        Facsimile (207) 772-3627
                                                        mhewey@dwmlaw.com
                                                        sweidner@dwmlaw.com