UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

JUN 04 2026

JENNIFER P. LYONS, CLERK

BY_____
DEPUTY CLERK

AMANDA HOWLAND,                    )
                                  )
        Plaintiff                 )
                                  )
                                  )
v.                                )        2:24-cv-00442-JCN
                                  )
ELLEVET SCIENCES, INC., et al.,   )
                                  )
        Defendants                )

**VERDICT FORM**

<u>Claims against Defendant ElleVet</u>

1. Has Plaintiff proved by a preponderance of the evidence that she was an employee of Defendant ElleVet?

        YES ___X___              NO _____

    If you answered "NO" to question 1, do not answer questions 2 through 8; answer question 9.

    If you answered "YES" to question 1, answer question 2.

2. Has Plaintiff proved by a preponderance of the evidence that Plaintiff's sex was a motivating factor for the termination of her member services agreement in January 2024?

        YES _____           NO ___X___

    If you answered "NO" to question 2, do not answer question 3; answer question 4.

    If you answered "YES" to question 2, answer question 3.

3.  Has Defendant ElleVet proved by a preponderance of the evidence that it would nevertheless have taken the same action in the absence of the impermissible motivating factor?  N -A

    YES _____          NO _____

    Answer question 4.

4.  Has Plaintiff proved by a preponderance of the evidence that Defendant ElleVet terminated her member services agreement for making reports or complaints about sex discrimination?

    YES __ X __          NO _____

    If you answered "NO" to questions 2 and 4, do not answer questions 5, 6, 7, and 8; answer question 9.

    If you answered "YES" to questions 2 and 3 and you also answered "NO" to question 4; do not answer questions 5, 6, 7, and 8; answer question 9.

    If you answered "YES" to question 2 and "NO" to question 3, or if you answered "YES" to question 4, answer question 5.

5.  Has Defendant ElleVet proven by a preponderance of the evidence that Plaintiff failed to reasonably mitigate her damages?

    YES _____          NO __ X __

    Answer question 6.

6.  After reduction for any failure to mitigate damages, what, if any, is the amount of the compensatory damages that Plaintiff has proven she is entitled to receive?

    $ ___ $550,000 ___

    Answer question 7.

2

7. Has Plaintiff either (1) proven by a preponderance of the evidence that Defendant ElleVet knew that its actions violated the law or acted with reckless or callous indifference to that risk; or (2) proven by clear and convincing evidence that Defendant ElleVet acted with malice?

YES __X__            NO _____

If you answered "NO" to question 7, do not answer question 8; answer question 9.

If you answered "YES" to question 7, answer question 8.

8. What is the amount of punitive damages that Plaintiff is entitled to receive from Defendant ElleVet?

$ __$550,000__

Answer question 9.

## Claim Against Defendant Kjaer

9. Has Plaintiff proved by a preponderance of the evidence that Defendant Kjaer intentionally engaged in extreme and outrageous conduct to cause Plaintiff severe emotional distress?

YES __X__            NO _____

If you answered "NO" to question 9, answer no more questions.

If you answered "YES" to question 9, answer question 10.

10. Has Defendant Kjaer proven by a preponderance of the evidence that Plaintiff failed to reasonably mitigate her damages?

YES __X__            NO _____

Answer Question 11.

11. After reduction for any failure to mitigate damages, what, if any, are the compensatory damages that Plaintiff has proven that she is entitled to receive from Defendant Kjaer?

$ __350,000__

Answer Question 12.

3

12. Has Plaintiff proven by clear and convincing evidence that Defendant Kjaer acted with malice?

YES _____          NO __X____

If you answered "NO" to question 12, answer no more questions.

If you answered "YES" to question 12, answer question 13.

13. What is the amount of punitive damages that Plaintiff is entitled receive from Defendant Kjaer?

$ _____

**Signature Redacted – Original on file with the Clerk's Office**

Jury Foreperson

Dated: June 4, 2026

4